**UNITED STATES BANKRUPTCY COURT**
**Northern District of Indiana**
**Hammond Division at Lafayette**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Michael Allen Vessels<br>xxx−xx−0491<br>736 Elston Rd.<br>Lafayette, IN 47909<br><br>Tamara Christine Vessels<br>xxx−xx−0207<br>736 Elston Rd.<br>Lafayette, IN 47909 | )<br>)<br>)<br>) Case Number: 11−40955−reg<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 13 |

## AMENDED ORDER TO EMPLOYER TO PAY TRUSTEE

The above−named debtor has pending in this Court a case for the adjustment of debts by an individual with regular income under the provisions of chapter 13 of Title 11 of the United States Code. Pursuant to the statute and the debtor's chapter 13 plan, the debtor has submitted all or such portion of the debtor's future earnings or other future income to the supervision and control of the trustee as may be necessary for the execution of the debtor's plan.

This Court has exclusive jurisdiction over all property including the earnings from services performed by the debtor during the pendency of this case and any entity from whom the debtor receives income shall pay all or any part of such income to the trustee as may be ordered by the Court. A portion of the debtor's earnings from services is necessary for the execution of the debtor's plan.

IT IS THEREFORE ORDERED that until further order of this Court the employer of debtor Michael Allen Vessels :

Subaru of Indiana, Inc.
Attn: Payroll, Human Resources, 5500 St. Rd. 38 E., Lafayette IN 47905

shall deduct from the earnings of the debtor the sum of $ 686 bi−weekly beginning on the next pay day following the receipt of this order and deduct a similar amount bi−weekly thereafter including any period for which the debtor receives periodic, or lump sum, payment for or on account of vacation, termination or other benefits arising out of present or past employment of the debtor, and to **REMIT FORTHWITH THE SUMS SO DEDUCTED TO THE TRUSTEE** appointed in this case or a successor in interest with **CHECKS TO BE MADE PAYABLE** as follows:

David Rosenthal, Chapter 13 Trustee
P.O. Box 2106, Memphis, TN 38101−2106

IT IS FURTHER ORDERED that the employer notify the trustee if the employment of the debtor is terminated and the reason for such termination.

IT IS FURTHER ORDERED that this order supercedes previous orders, if any, made to the employer in this case.

This is not a garnishment order, therefore, State and Federal garnishment restrictions do not apply.

Because of a privacy−related amendment to Federal Rule of Bankruptcy Procedure 1005 which became effective on December 1, 2003, the Court cannot provide the full social security number of the debtor. For further information, the employer may contact the debtor/employee.

Dated: May 20, 2016

Robert E. Grant
_____
Judge, United States Bankruptcy Court

Document No. 67